**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| Clinton "Pete" Stroklund and Rebecca "Becky" Stroklund, ) ) ) Plaintiff, ) ) vs. ) ) Thompson/Center Arms Company, Inc., ) PowerBelt Bullet Co., and Clean Shot ) Technologies, Inc., n/k/a American ) Pioneer Powder, Inc., ) ) Defendants. ) | **ORDER RESCHEDULING TRIAL** Case No. 4:06-cv-008 |

___

Before the Court is the parties "Stipulation" to reset the trial of this matter. A jury trial is currently scheduled for Monday, September 17, 2007, at 9:30 a.m. in Bismarck, North Dakota for eight (8) days. The parties are in agreement that the trial shall be rescheduled to commence on Tuesday, January 22, 2008, at 9:30 a.m. in Minot, North Dakota for eight (8) days. Any and all other pretrial deadlines may be reset in accordance with the new trial date.

**IT IS SO ORDERED.**

Dated this 24th day of July, 2007.

/s/ Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court

1