# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Clinton "Pete" Stroklund and Rebecca "Becky" Stroklund, | ) ) ) | **ORDER GRANTING DEFENDANT CLEAN SHOT TECHNOLOGIES,** |
| Plaintiff, | ) ) | **INC.'S MOTION FOR EXTENSION OF TIME AND DENYING AS MOOT** |
| vs. | ) ) | **MOTION TO FILE UNDER SEAL** |
| Thompson/Center Arms Company, Inc., Blackpowder Shooting Sports, Inc., and Clean Shot Technologies, Inc., | ) ) ) ) | Case No. 4:06-cv-08 |
| Defendants. | ) ) | |

Before the Court is defendant Clean Shot Technologies, Inc.'s "Motion to File Under Seal" (Docket No. 175), and "Motion to Extend Time for Filing Motion and Brief Under Seal" (Docket No. 177), both filed on November 21, 2007. The Defendant requests leave of Court to file under seal its Motion to Exclude Plaintiffs' Expert, Charles Powell, and supporting documents. Because the Defendant's motion to file under seal was not ruled on prior to the dispositive motion deadline, the Defendant also requests an extension of time to file its motion in limine until the Court has ruled on the Motion to File Under Seal.

The Court notes that there is a protective order in effect which provides that "[a]ll documents that are filed with the Court that contain any portion of any "Protected Document" of information taken from any "Protective Document" ... shall be filed in a sealed envelope, or other appropriate sealed container...." See Docket No. 14, ¶ 14, and Docket No. 60. This protective order alleviates the need to file successive individual motions for leave to file under seal. Accordingly, Clean Shot Technologies, Inc. may, pursuant to the protective order, file its Motion to Exclude Plaintiffs' Expert under seal without leave of Court.

Clean Shot Technologies, Inc.'s Motion to File Under Seal (Docket No. 175) is **DENIED** as moot.  The Motion to Extend Time for Filing (Docket No. 177) is **GRANTED**.  The Defendant shall have until Thursday, November 29, 2007, to file the motion.

**IT IS SO ORDERED.**

Dated this 28th day of November, 2007.

> */s/ Daniel L. Hovland*
> Daniel L. Hovland, Chief Judge
> United States District Court