**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| Clinton "Pete" Stroklund and Rebecca "Becky" Stroklund, ) ) ) ) Plaintiff, ) ) vs. ) ) Thompson/Center Arms Company, Inc., Blackpowder Shooting Sports, Inc., and Clean Shot Technologies, Inc., ) ) ) ) Defendants. ) | **ORDER FOR DISMISSAL** Case No. 4:06-cv-08 |

_____

Before the court is a "Stipulation for Dismissal" filed by the defendant, Thompson/Center Arms Company, Inc., on February 28, 2008. The parties agree that the above-entitled action may be dismissed with prejudice against defendant Thompson/Center Arms Company, Inc., and without costs to either party. The Court **ADOPTS** the stipulation in its entirety (Docket No. 301) and **ORDERS** that the case against Thompson/Center Arms Company, Inc., be dismissed with prejudice, on the merits, and without costs to either party.

**IT IS SO ORDERED.**

Dated this 29th day of February, 2008.

*/s/  Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court