**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| Clinton "Pete" Stroklund and Rebecca "Becky" Stroklund, ) ) ) ) Plaintiff, ) ) vs. ) ) Thompson/Center Arms Company, Inc., ) Blackpowder Shooting Sports, Inc., and ) Clean Shot Technologies, Inc., ) ) Defendants. ) | **ORDER FOR DISMISSAL** <br><br><br><br><br><br> Case No. 4:06-cv-08 |

_____

Before the court is a "Stipulation for Dismissal With Prejudice" filed by the plaintiffs on March 12, 2008. The parties agree that the above-entitled action may be dismissed with prejudice against defendant Blackpowder Shooting Sports, Inc., and without costs to either party. The Court **ADOPTS** the stipulation in its entirety (Docket No. 303) and **ORDERS** that the case against Blackpowder Shooting Sports, Inc., be dismissed with prejudice, on the merits, and without costs to either party.

**IT IS SO ORDERED.**

Dated this 17th day of March, 2008.

/s/  Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court