# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Clinton "Pete" Stroklund and Rebecca ) <br> "Becky" Stroklund, ) <br> ) <br>  Plaintiff, ) <br> ) <br>  vs. ) <br> ) <br> Thompson/Center Arms Company, Inc., ) <br> Blackpowder Shooting Sports, Inc., and ) <br> Clean Shot Technologies, Inc., ) <br> ) <br>  Defendants. ) | **ORDER FOR DISMISSAL** <br><br><br><br><br><br><br> Case No. 4:06-cv-08 |

___

Before the Court is a "Stipulation for Dismissal With Prejudice and Without Costs" filed on March 18, 2008. The parties agree that the above-entitled action may be dismissed with prejudice against defendant Clean Shot Technologies, Inc., and without costs to either party. The Court **ADOPTS** the stipulation in its entirety (Docket No. 305) and **ORDERS** that the case against Clean Shot Technologies, Inc., be dismissed with prejudice and without costs to either party.

**IT IS SO ORDERED.**

Dated this 19th day of March, 2008.

> */s/ Daniel L. Hovland*
> Daniel L. Hovland, Chief Judge
> United States District Court